**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**THE ESTATE OF EVA BOLES**                                                 **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO.: 4:07-CV-99-SA-DAS**

**NATIONAL HERITAGE REALTY, INC., et al.**                         **DEFENDANTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

1. The Defendants' motion to dismiss [6] is **DENIED**.

2. The Defendants' motion to supplement their motion to dismiss [23] is **DENIED AS MOOT**.

**SO ORDERED** on this the 11th day of March, 2009.

                                                     **/s/ Sharion Aycock**
                                                   **UNITED STATES DISTRICT JUDGE**