**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

THE ESTATE OF EVA BOLES                                                                      PLAINTIFF

V.                                                            CIVIL ACTION NO. 4:07-CV-99-SA-DAS

NATIONAL HERITAGE REALTY, INC., et al.                                          DEFENDANTS

## ORDER

Pursuant to an opinion to be issued this day, it is hereby ordered that:

(1)   The Defendants' Motion for Reconsideration is **DENIED**; and

(2)   The Defendants' Motion to Certify for Interlocutory Appeal is **DENIED**.

**SO ORDERED** this the 23rd day of June, 2009.

                                            **/s/ Sharion Aycock**
                                            **UNITED STATES DISTRICT JUDGE**