IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF EVA BOLES By And
Through ELIZA PRICE, Administratrix
of THE ESTATE OF EVA BOLES For The
Use And Benefit Of The Wrongful Death
Beneficiaries of EVA BOLES                                                        PLAINTIFF

V.                                                         CIVIL ACTION NO. 4:07cv99-SA-DAS

NATIONAL HERITAGE REALTY, INC., ET AL.                              DEFENDANTS

## ORDER

Before the court are the plaintiff's Motion to Compel Better Responses to Discovery (# 64), Defendants' Motion to Produce Documentation Under Seal (# 80), Defendants' Motion to Strike (# 86), and Defendants' Emergency Motion to File an Amended Motion to Produce Documentation Under Seal (# 89). For the reasons announced by the court on the record during a hearing conducted by the undersigned in this matter on March 23, 2010, it is

ORDERED:

1. That the plaintiff's motion to compel (# 64) is GRANTED, and the defendants shall within the discovery period produce the financial information that is the subject of the motion. The plaintiff shall bear all reasonable costs and expenses incurred by the defendants in producing the information. Additionally, the parties shall confer and within 10 days submit a proposed agreed protective order that is not inconsistent with the court's ruling or the Rules of this court.

2. That the defendants' motions (# 80 and # 89) to produce documentation under seal are DENIED as moot.

3. That the defendants' motion to strike (# 86) is DENIED.

**THIS,** the 29th day of March, 2010.

                                          **/s/ David A. Sanders**
                                          **U. S. MAGISTRATE JUDGE**