## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION


THE ESTATE OF EVA BOLES By And
Through ELIZA PRICE, Administratrix
of THE ESTATE OF EVA BOLES For The
Use And Benefit Of The Wrongful Death
Beneficiaries of EVA BOLES                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 4:07cv99-SA-DAS

NATIONAL HERITAGE REALTY, INC., ET AL.                        DEFENDANTS


## ORDER


Before the court is the defendants' Emergency Application for Stay of the court's Order

granting the plaintiff's motion to compel (# 96).  The court, having today conducted a telephonic

hearing with counsel for the parties, rules as follows:

1.  The defendants' motion is hereby granted in part and denied in part.

2.  The motion is granted only with respect to the defendants' obligation to produce their

general ledger from 2004 to the present, and the ordered production of the same is hereby

STAYED pending further order of the court.

3.  Pursuant to the defendants' agreement to produce unaudited financial statements and

tax returns from 2004 to present, the motion is hereby denied as moot with respect to said

documents.  The defendants shall produce these documents as soon as they are available, but in

any event, on or before April 19, 2010.

4.  The court will conduct another status conference on April 26 at 2:00 p.m.  The parties

shall be prepared to address the issue of whether the defendants' production of the unaudited

financial statements and tax returns adequately resolves the issues raised in the plaintiff's motion

to compel.

SO ORDERED this 12th day of April, 2010.


**/s/ David A. Sanders**
**U. S. MAGISTRATE JUDGE**