IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF EVA BOLES By And
Through ELIZA PRICE, Administratrix
of THE ESTATE OF EVA BOLES For The
Use And Benefit Of The Wrongful Death
Beneficiaries of EVA BOLES                                               PLAINTIFF

V.                                              CIVIL ACTION NO. 4:07cv99-SA-DAS

NATIONAL HERITAGE REALTY, INC., ET AL.                        DEFENDANTS

## ORDER

By Order (# 129) dated May 20, 2010, the District Judge affirmed the court's Order (# 94) granting the plaintiff's Motion to Compel Better Responses to Discovery (# 64). The parties now having submitted their Amended Agreed Protective Order (# 133) in compliance with the Order granting the motion to compel,

**IT IS ORDERED** that within ten (10) days of this date, the defendants shall produce their general ledger in electronic form to the plaintiff.

**IT IS FURTHER ORDERED** that once production is complete, the defendants shall promptly file with the court an itemization of costs and expenses associated with the production; and, within 14 days of this filing, the plaintiff may file any objections.

**THIS,** the 2nd day of June, 2010.

              /s/ David A. Sanders
              U. S. MAGISTRATE JUDGE