IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THE ESTATE OF EVA BOLES By And
Through ELIZA PRICE, Administratrix
of THE ESTATE OF EVA BOLES For The
Use And Benefit Of The Wrongful Death
Beneficiaries of EVA BOLES                                                    PLAINTIFF

V.                                                             CIVIL ACTION NO. 4:07cv99-SA-DAS

NATIONAL HERITAGE REALTY, INC., ET AL.                                       DEFENDANTS

## ORDER

By Order (# 145) dated June 14, 2010, the undersigned stayed the defendants' obligation to produce their general ledger to the plaintiff pending a ruling by the district judge on the defendants' motion to alter or amend order (#134). The court now having denied that motion by Order (# 152) dated July 9, the defendants should be required to promptly produce said discovery. Therefore,

**IT IS ORDERED** that the stay previously entered is hereby lifted, and within ten (10) days of this date, the defendants shall produce their general ledger in electronic form to the plaintiff.

**IT IS FURTHER ORDERED** that once production is complete, the defendants shall promptly file with the court a request for reimbursement of reasonable production costs, including an itemization of costs and expenses; and, within 14 days of said filing, the plaintiff may file a response.

**THIS,** the 15th day of July, 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE