**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**THE ESTATE OF EVA BOLES**                                                              **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO. 4:07-CV-99-SA-DAS**

**NATIONAL HERITAGE REALTY, INC., et al.**                     **DEFENDANTS**

## ORDER

For the reasons stated in a memorandum opinion to be released on this day, the Court denies Defendants' Emergency Motion for Reconsideration [178] and denies Defendants' Emergency Motion to Withdraw [179].

**Defendants shall produce an unrestricted and complete electronic copy of their general ledgers for the years 2004 through 2009 to Plaintiff by 5:00 p.m., Central Standard Time, on Saturday, August 7, 2010.** By use of the term "unrestricted," the Court means: 1) Defendants shall produce a complete electronic copy of the general ledgers that may be viewed on more than one computer; 2) Defendants shall produce a complete electronic copy of the general ledgers that may be printed; 3) Defendants shall produce a complete electronic copy of the general ledgers that may be e-mailed or otherwise electronically or digitally transferred; 4) Defendants shall produce a complete electronic copy of the general ledgers which is not restricted to access within any specific period of time; and 5) Defendants shall produce a fully accessible, unencrypted, complete electronic copy of the general ledgers. Nothing in this order shall be construed as contradicting any of the Court's previous orders which remain in effect.

Once Defendants have fully complied with this order and produced an unrestricted and complete electronic copy to Plaintiff, they shall immediately provide notice to the Court, on the record, that they have done so. If Defendants do not fully comply with this order, Plaintiff shall

immediately provide notice to the Court, on the record, that Defendants have not complied, including a factual account of the manner in which Defendants have not complied.

So ordered on this, the 6th day of August, 2010.

**/s/ Sharion Aycock**
**UNITED STATES DISTRICT JUDGE**